UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                            Case No. 1:09-CR-163

v.                                       HON. ROBERT HOLMES BELL

MARCUS LAVELL LEWIS,

        Defendant.
_____/

**MEMORANDUM OPINION AND ORDER**

       Defendant Marcus Lavell Lewis has filed a motion for modification or reduction of sentence (ECF No. 44) pursuant to 18 U.S.C. §3582(c)(2) on the basis of Amendment 782 of the United States Sentencing Guidelines, made retroactive by the Sentencing Commission.

       Section 3582(c)(2) permits a court to reduce the term of imprisonment of a defendant who has been sentenced based on a sentencing range that has subsequently been lowered by the Sentencing Commission. 18 U.S.C. § 3582(c)(2). Amendment 782 of the United States Sentencing Guidelines reduced by two levels the offense levels assigned to the quantities that trigger the statutory mandatory minimum penalties in U.S.S.G. §§ 2D1.1 and 2D1.11. These modifications were made retroactive effective November 1, 2014. U.S.S.G. § 1B1.10.

       The Probation Department filed a sentence modification report on July 17, 2015 (ECF No. 48). In its report, the probation department recommended the defendant is eligible for reduction in sentence based on defendant currently being an inmate, USSG § 2D1.1 was used in the guideline calculations, and the guideline range applicable to the defendant subsequently has been lowered as

a result of the retroactive amendment to the Sentencing Guidelines (782).  A reduction of sentence is consistent with the policy statements of the U.S. Sentencing Commission.  The parties have filed a stipulation (ECF No. 50) concurring with the Probation Department's Sentence Modification Report.

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant's motion for modification of sentence (ECF No. 44) pursuant to 18 U.S.C. § 3582(c)(2) is **GRANTED**.  Defendant Marcus Lavell Lewis' sentence shall be reduced **to 60 months imprisonment on Count 1 and 109 months imprisonment on Count 2, to be served concurrently**, effective November 1, 2015.  An order effectuating the sentence reduction shall issue forthwith.

Dated: August 17, 2015                                /s/ Robert Holmes Bell
                                                                   ROBERT HOLMES BELL
                                                                   UNITED STATES DISTRICT JUDGE